IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FREDERICO SALAS, Individually and in
a Representative Capacity for LA REGIONAL, LLC,
and SALAS PRODUCE, LLC                                    PLAINTIFFS

v.                          No. 4:20-cv-280-DPM

NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY and NATIONWIDE
MUTUAL INSURANCE COMPANY                                  DEFENDANTS

JUDGMENT

Salas's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 December 2020